U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

IN RE:  Erin Elizabeth McGowan    Chapter 7 No. 07-60936
Debtor

### DEBTOR'S AMENDMENT OF SCHEDULES

The Debtor in the above-captioned case hereby amends Schedule B by substituting the attached amended schedules for the ones originally filed, pursuant to Fed. F. Bankr. P. 1009.

Respectfully submitted,

ERIN ELIZABETH McGOWAN

By Counsel

MARSHALL M. SLAYTON, VSB# 37362
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA 22902
(434) 979-7900
Counsel for Debtor

### CERTIFICATE OF SERVICE

I, Marshall M. Slayton, attorney for the Debtor, hereby certify that a copy of the foregoing Debtor's Amendment of Schedules has this 10 day of September, 2007, been served upon the Debtor and the Trustee by regular, first-class, mail, postage prepaid.

Date 9/10/07

Marshall M. Slayton, Attorney
for the Debtor

### DEBTOR'S VERIFICATION

I declare under penalty of perjury that I have read the attached amendments and that they are true and correct to the best of my knowledge, information and belief.

Date: 8/31/07

Erin Elizabeth McGowan

Form B6B
(10/05)

In re   Erin Elizabeth McGowan                                  Case No.   07-60936
                           Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand | - | 6.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at UVA Community Credit Union, Berkmark Drive, Charlottesville, Virginia | - | 1.00 |
| | | Savings account at Bank of America, Charlottesville, Virginia | - | 0.78 |
| | | Checking account at Second Bank & Trust with negative balance of $508.77 (closed by bank on or about 7/20/07) | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 4 TVs, at debtor's residence | - | 500.00 |
| | | 3 beds, at debtor's residence | - | 300.00 |
| | | 4 dressers, at debtor's residence | - | 300.00 |
| | | Armoir, at debtor's residence | - | 75.00 |
| | | Living room and dining room sets, at debtor's residence | - | 2,200.00 |
| | | Microwave, at debtor's residence | - | 50.00 |
| | | Computer, at debtor's residence | - | 700.00 |
| | | Bed linens, at debtor's residence | - | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Collectibles, at debtor's residence | - | 350.00 |
| 6. Wearing apparel. | | Women's clothing, at debtor's residence | - | 1,700.00 |

Sub-Total >     6,482.78
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6B
(10/05)

In re  **Erin Elizabeth McGowan** , Case No. **07-60936**
Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Costume jewelry, at debtor's residence | - | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Digital camera, at debtor's residence | - | 75.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | TIAA-CREF retirement account | - | 2,295.73 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Back child support owed by Daniel Johnson | - | 6,000.00 |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2007 federal income tax refund | - | 1.00 |
| | | 2007 Virginia state income tax refund | - | 1.00 |
| | | Earned but unpaid wages by employer | - | 1.00 |

Sub-Total >    **8,623.73**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Form B6B
(10/05)

In re  **Erin Elizabeth McGowan**  ,  Case No. __07-60936__

Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6B
(10/05)

In re **Erin Elizabeth McGowan** Case No. **07-60936**
Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total > (Total of this page) **0.00**
Total > **15,106.51**
(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy